[Criminal No. 697.   Filed February 24, 1930.]

[284 Pac. 1118.]

J. M. ELLIS, Appellant, v. STATE, Respondent.

Mr. V. L. Hash, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant was convicted of robbery. The record was filed here January 9th, 1929. No brief or assignment of errors has been filed. An inspection of the record discloses no fundamental error.

The judgment is affirmed.